# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-1693-VAP (JEM) | Date | July 10, 2020 |
|---|---|---|---|
| Title | Emmanuel Paul v. California Dep't of Corrections and Rehabilitation | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On April 30, 2020, the Court issued a Memorandum and Order Dismissing Complaint With Leave to Amend ("Dismissal Order"), in which the Complaint was dismissed with leave to amend and Plaintiff was ordered to file a First Amended Complaint ("FAC") within thirty days.

Plaintiff failed to file the FAC as ordered.  Accordingly, on June 5, 2020, the Court issued an order sua sponte extending the time for Plaintiff to file his FAC to June 19, 2020.

To date, Plaintiff has failed to file the FAC.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to file a FAC.  Plaintiff shall file a written response to this Order to Show Cause no later than **July 31, 2020**.  Cause may be shown if Plaintiff files a FAC by this deadline.

Failure to respond to this Order to Show Cause may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.


cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |