JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | Case No. CV 20-1693-VAP (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 21, 2020

                                       VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE